UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JEHAD ALNAJJAR,**

    *Petitioner*,

v.                                                       Case No. 5:25-CV-0822-JKP

**THE GEO GROUP, INC.; ROSE THOMPSON, Warden of Karnes County Residential Facility; KRISTI NOEM, Secretary of the Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,**

    *Respondents*.

## UPDATED ORDER DIRECTING SERVICE AND ANSWER/RESPONSE

    Yesterday, the Court issued an Order Directing Service and Answer/Response (ECF No. 5). The next to last paragraph had instructions to the District Clerk and noted that such delivery shall constitute sufficient service of process on Respondent Kristi Noem. The last paragraph provided instructions for service as to the other Respondents. As of yesterday, moreover, summons was returned as executed as to Respondents Kristi Noem and Pamela Bondi. *See* ECF No. 4. Because the Court lacks an address for other respondents and the District Clerk has delivered a copy of the petition and the Court's order to Respondents' counsel, the Court will consider such delivery as sufficient service of process upon all Respondents absent further order of the Court. There is no need for the District Clerk to serve the other Respondents. The Court thus strikes such instruction from yesterday's order. That order otherwise remains in full effect.

    **IT IS SO ORDERED** this 25th day of July 2025.

                                                                            _____
                                                                           **JASON PULLIAM**
                                                                           **UNITED STATES DISTRICT JUDGE**